PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jene Rene White**

**Docket No. 0:02CR00235-002(JNE)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jene Rene White** who was sentenced on January 24, 2003, by the Honorable Joan n. Ericksen, sitting in the court at St. Paul, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Drug treatment
- Substance abuse testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. White has requested permission to transfer to Richmond, California. The U.S. Probation Office in Oakland has denied this request. They will reassess his request to transfer provided the conditions are modified to include the following search condition. The proposed modification is as follows:

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall be subject to a search of his person, residence, vehicle, or any property under his control to a search to be conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises is subject to searches pursuant to this condition.

RECEIVED
JUL 19 2005
U.S. PROBATION OFFICE
ST. PAUL, MINNESOTA

SCANNED
JUL 22 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 19th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

Respectfully,

Melissa L. Perez
U.S. Probation Officer

Place St. Paul
Date July 13, 2005

c: United States Sentencing Commission