Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Jene Rene White

Docket No. 0:002CR00235-002

# HEARING WAIVER

I, Jene Rene White, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall be subject to a search of his person, residence, vehicle or any property under his control to a search to be conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises is subject to searches pursuant to this condition.

Signed: [signature]
Jene Rene White
Supervised Releasee

Witness: [signature]

Dated: 6-18-05

SCANNED
JUL 22 2005
U.S. DISTRICT COURT ST. PAUL